FILED
OCT 29 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:25 CR 537 |
| SHAWN GAYLE, | ) | Title 18, United States Code, Sections 922(g)(1), and 924(a)(8) |
| Defendant. | ) | **JUDGE NUGENT** |

COUNT 1
(Felon in Possession of Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about August 3, 2025, in the Northern District of Ohio, Eastern Division, Defendant SHAWN GAYLE, knowing he had previously been convicted of a crime, punishable by imprisonment for a term exceeding one year, that being: Felon in Possession of Firearm, on or about November 25, 2020, in case number 20CR328 in the Southern District of New York, knowingly possessed a firearm, to wit: Smith & Wesson, model M&P Bodyguard 380, .380 caliber pistol, bearing serial number KHS9381, said firearm and having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE

The Grand Jury further charges:

2.  For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegation of Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant SHAWN GAYLE, shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the federal firearm violation charged herein.

                                                                          A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.